

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2019

No. 04-18-00103-CV

**WESTWIND HOMES** d/b/a Westwind Development, G.P.-Laredo, LLC, and Centerpoint
Energy Resources Corp,
Appellants

v.

Fernando **RAMIREZ** and Minerva Ramirez,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003262-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The notice of appeal was filed in this appeal on February 22, 2018. After this appeal was reinstated following an abatement for mediation, this court issued an order on July 5, 2018, setting the deadline for the filing of the reporters record. The record was ordered to be filed by August 6, 2018.

On August 22, 2018, this court notified the court reporter Mr. David Laurel that the record was late, and Mr. Laurel was instructed to file the record by September 22, 2018. On October 12, 2018, Mr. Laurel filed a written request for an extension which was granted, extending the deadline to file the record to November 1, 2018. After numerous additional telephone inquiries by this court, Mr. Laurel filed the twenty-nine volume reporter's record on December 28, 2018.

On March 6, 2019, the attorneys for both appellants filed an unopposed motion to reset the briefing deadlines based on the absence of a complete reporter's record. The motion asserts the reporter's record does not contain transcripts of any pre-trial and post-trial hearings which were included in the original request and in a request for supplemental reporter's records of those hearings which was sent to Mr. Laurel on January 9, 2019. The motion also asserts the reporter's record does not contain the transcription of the testimony of seven witnesses who testified by deposition, and letters were sent to Mr. Laurel requesting a corrected or supplemental reporter's record with the omitted deposition testimony. Finally, the motion asserts Mr. Laurel has not responded to any requests for the supplemental records. The motion asks this court to reset the briefing deadlines and direct Mr. Laurel to promptly file the missing reporter's records.

The motion is GRANTED. Mr. Laurel is ORDERED to file a written response in this court no later than ten days from the date of this order listing the reporter's records that have been requested but have not been filed, including the volumes relating to the omitted deposition testimony, and stating the date by which those missing records will be filed. The briefing deadlines will be reset when the complete reporter's record has been filed.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court